Mark F. James (5295)
Phillip J. Russell (10445)
HATCH, JAMES, & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:   (801) 363-6363
Facsimile:    (801) 363-6666
Email: mjames@hjdlaw.com
        prussell@hjdlaw.com

*Attorneys for Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| APPLIED ASPHALT TECHNOLOGIES, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SAM B. CORP. f/k/a BURDICK PAVING, a Utah corporation; JOHN W. BURDICK, an individual; KENNETH BURDICK, an individual; JOSEPH BURDICK, an individual; C. PARK BURDICK, an individual; and KERRY FARNSWORTH, an individual,<br><br>Defendants. | **NOTICE OF SUBSTITUTION OF COUNSEL**<br><br><br>Case No. 2:14-cv-800-JNP-DBP<br><br><br>District Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Pursuant to DUCivR 83-1.4(c), please take notice that Mark F. James (Bar No. 5295) of the law firm of Hatch, James & Dodge, P.C. is substituted in place of the attorneys listed below and hereby enters his appearance as counsel to represent Plaintiff Applied Ashpalt Technologies, LLC in this matter.  Mr. James is a member of the Utah State Bar and is admitted to practice before this Court.  Mr. James is aware of and will comply with all pending deadlines.

The following lawyers for Plaintiff are being substituted for and may be removed from the CM/ECF notices.

>Larry R. Laycock
>David R. Wright
>L. Rex Sears
>Jared J. Braithwaite
>MASCHOFF BRENNAN
>201 South Main Street, Suite 600
>Salt Lake City, Utah 84111

DATED:  March 7, 2016.

>Respectfully submitted,
>
>By:    /s/ Mark F. James
>       HATCH, JAMES & DODGE, P.C.
>
>       /s/ Larry R. Laycock*
>       MASCHOFF BRENNAN

*Electronically signed by submitting attorney with permission of counsel indicated on behalf of all substituted counsel.*