Mark F. James (5295)
Phillip J. Russell (10445)
HATCH, JAMES, & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone:     (801) 363-6363
Facsimile:     (801) 363-6666
Email: mjames@hjdlaw.com
         prussell@hjdlaw.com

*Attorneys for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| APPLIED ASPHALT TECHNOLOGIES, LLC, a Texas limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>SAM B. CORP. f/k/a BURDICK PAVING, a Utah corporation; JOHN W. BURDICK, an individual; KENNETH BURDICK, an individual; JOSEPH BURDICK, an individual; C. PARK BURDICK, an individual; and KERRY FARNSWORTH, an individual,<br><br>    Defendants. | **NOTICE OF APPEARANCE OF PHILLIP J. RUSSELL**<br><br>Case No. 2:14-cv-800-JNP-DBP<br><br>District Judge Jill N. Parrish<br>Magistrate Judge Dustin B. Pead |

Notice is hereby given of the entry of the undersigned as counsel for Plaintiff Applied Asphalt Technologies, LLC in the above-captioned action. Pursuant to Federal Rule of Civil Procedure 5, all further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

Phillip J Russell
HATCH, JAMES & DODGE, P.C.
10 West Broadway, Suite 400
Salt Lake City, Utah 84101
Telephone: (801) 363-6363
Facsimile: (801) 363-6666
Email: prussell@hjdlaw.com

DATED: March 7, 2016.

Respectfully submitted,

By: /s/ Phillip J. Russell
HATCH, JAMES & DODGE, P.C.